

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Tillerd Ardean Smith, Medallion Transport & Logistics, LLC, Tomy Rushing d/b/a Rushing Transport Services, Inc., Appellants

No. 06-14-00040-CV        v.

Brandi Williams, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 12-0889).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below.  Therefore, we reverse the trial court's judgment against Rushing and render a take nothing judgment.  We also reverse the trial court's judgment against Smith and Medallion Transport, and remand the case to the trial court for a new trial among Smith, Medallion Transport, and Williams consistent with this opinion.

We further order that the appellee, Brandi Williams, pay all costs of this appeal.

RENDERED MAY 29, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk